**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No. 14-cv-01956-LTB

MELISSA VIALPANDO,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

FINAL JUDGMENT

---

Pursuant to the Order entered by the Honorable Lewis T. Babcock, United States District Judge, on December 15, 2015 (Doc No. 19),

IT IS ORDERED that the Commissioner's decision is AFFIRMED IN PART and REVERSED IN PART. The case is remanded for further proceedings consistent with the December 15, 2015 Order.

Dated at Denver, Colorado this 15th day of December, 2015.

                BY THE COURT:
                JEFFREY P. COLWELL, CLERK


                By: s/Deborah Hansen
                Deborah Hansen, Deputy Clerk